Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3303
Facsimile: 907-276-2631
Email: BaylousM@lanepowell.com

Attorneys for Defendants
Life Insurance Company of North America
CIGNA Group Insurance and
Disability Management Solutions

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| RONALD GOODWIN,<br><br>                       Plaintiff,<br><br>v.<br><br>CH2M HILL COMPANIES LTD.; CH2M HILL COMPANIES LTD. LONG TERM DISABILITY PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE; DISABILITY MANAGEMENT SOLUTIONS,<br><br>                       Defendants. | Case No. 3:16-cv-00256-JWS<br><br><br>**STIPULATION FOR<br><u>DISMISSAL WITH PREJUDICE</u>** |

COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees. In accordance with Rule 41(a)(1)(ii), such dismissal shall be effective upon filing of this stipulation and without further order of court.

Dated: April 24, 2017

FLANIGAN & BATAILLE
Attorneys for Plaintiff

By  s/ Michael W. Flanigan (w/consent)
    Michael W. Flanigan, ABA No. 7710114

LANE POWELL LLC
Attorneys for Defendants Life Insurance
Company of North America, CIGNA Group
Insurance and Disability Management Solutions

Dated: April 24, 2017

By  s/ Michael B. Baylous
    Michael B. Baylous, ABA No. 0905022

JACKSON LEWIS, P.C.
Attorneys for Defendants CH2M Hill
Companies, Ltd. and CH2M Hill Companies,
Ltd. Long Term Disability Plan

Dated: April 24, 2017

By  s/ David A. Nenni (w/consent)
    David A. Nenni, Esq., ABA No. 1607063
    T. Chase Samples, *pro hac vice*
    William Robert Gignilliat, IV, *pro hac vice*

I certify that on April 24, 2017, a copy of
the foregoing was served electronically on:

Michael W. Flanigan, mflanigan@farnorthlaw.com
David A. Nenni, david.nenni@jacksonlewis.com
T. Chase Samples, chase.samples@jacksonlewis.com
William R. Gignilliat, rob.gignilliat@jacksonlewis.com

s/ Michael B. Baylous
120192.0148/6932110.1

**Stipulation for Dismissal With Prejudice**
*Goodwin v. CH2M Hill Companies Ltd.; et al.* **(Case No. 3:16-cv-00256-JWS)**     Page 2 of 2

Case 3:16-cv-00256-JWS   Document 31   Filed 04/24/17   Page 2 of 2